FILED
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RRme DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EFRAIN AGUILAR-QUIROZ (1),<br>VICTORINO QUIROZ-AGUILAR (2),<br>Defendants. | ) | Criminal Case No. 08cr1505-BTM<br>I N F O R M A T I O N<br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about April 22, 2008, within the Southern District of California, defendants EFRAIN AGUILAR-QUIROZ and VICTORINO QUIROZ-AGUILAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, J. Ramiro Esquivel-Molina, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 5/8/08.

KAREN P. HEWITT
United States Attorney

for [signature]
CALEB E. MASON
Assistant U.S. Attorney

CEM:es:San Diego
4/28/08