FILED

08 JUL 25 PM 12: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

EFRAIN AGUILAR-QUIROZ, Defendant.

CASE NO. 08CR01505-001-BTM

O R D E R

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for August 22, 2008 is vacated and reset to October 3, 2008 at 8:30 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: July 24, 2008

Barry Ted Moskowitz
U.S. District Judge

cc: all counsel of record

/rp